```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


DIXIE MOTORS, LLC                                CIVIL ACTION

VERSUS                                           NO. 06-171

BEST BUY RV'S, INC.                              SECTION "F"
```

## ORDER AND REASONS

Before the Court is the defendant's motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. For the reasons that follow, the motion is DENIED.

The defendants argue that no material issue of fact exists regarding their counterclaim against the plaintiff. Immediately following Hurricane Katrina, the parties entered into an agreement for the purchase and sale of recreational vehicles (RVs) to provide temporary housing to the victims of the hurricane. The nature and extent of this agreement remains debatable. A series of transactions between the parties followed in the months after the storm. It is clear from the papers that there exist issues of material fact regarding whether this agreement constituted a joint venture, and whether the multiple transactions for the purchase and sale of RVs were part of the joint venture or whether each

transaction represented a separate contract between the parties. Because a significant number of material issues of fact exist, it is impossible for the Court to determine whether the defendant's arguments have validity.  This case is clearly not appropriate for resolution by summary judgment.

Accordingly, the defendant's motion for summary judgment is DENIED.

New Orleans, Louisiana, March 22, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE